706

*General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Harry LeRoy Jones* and *Frank W. Mondell* for respondents.

No. 568. UNITED STATES BUILDING & LOAN ASSN. ET AL. *v.* McCLELLAND, STATE COMMISSIONER. January 14, 1935. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Fred S. Caldwell* for petitioners. *Mr. Paul P. Prosser* for respondent.

No. 571. GRATE *v.* UNITED STATES. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. P. H. Cullen* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Wilbur C. Pickett, W. Marvin Smith,* and *Young M. Smith* for the United States.

No. 573. DAVIS *v.* JEFFERSON STANDARD LIFE INSURANCE Co. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Louis M. Denit* for petitioner. *Mr. Shepard Bryan* for respondent.

No. 576. EXCELSIOR MOTOR MFG. & SUPPLY Co. ET AL. *v.* SOUND EQUIPMENT, INC. January 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John E. Hughes, George A. Chritton, Samuel A. Harper,* and *William Cogger* for petitioners. *Mr. Ralph F. Potter* for respondent.